# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CLAYTON JACKSON**                                                  **PLAINTIFF**

v.                 Case No. 5:14-cv-00278-KGB-JTK

**ARKANSAS COUNTY DETENTION CENTER**                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 21st day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE